IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MELISSA MILLER,<br>Individually and on behalf of all others<br>similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MARK JONES CONSTRUCTION, LLC,<br>et al.,<br><br>     Defendants. | Case No. 2:21-CV-04194-BCW |

## ORDER OF DISMISSAL

Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED the above-styled action is DISMISSED with prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.


DATED: January 11, 2022

                /s/ Brian C. Wimes
                JUDGE BRIAN C. WIMES
                UNITED STATES DISTRICT COURT